PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    E-Mail: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JAMES OLLIE KENNON JR.,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-CV-01951-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from February 15, 2017, to March 17, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

additional time because the undersigned requires additional time to evaluate the merits of Plaintiff's arguments for remand of the Administrative Law Judge's decision.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  February 14, 2017          */s/ Jonthan O. Peña*  
                                               (*as authorized via email on 2/14/17)  
                                               JONATHAN O. PENA, ESQ.  
                                               Attorney for Plaintiff

Dated:  February 14, 2017          PHILLIP A. TALBERT  
                                               United States Attorney  
                                               DEBORAH LEE STACHEL  
                                               Regional Chief Counsel, Region IX  
                                               Social Security Administration

                               By:     /s/  Cynthia B. De Nardi  
                                               CYNTHIA B. DE NARDI  
                                               Special Assistant U.S. Attorney

                                               Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  February 14, 2017

_____  
ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE