PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    E-Mail: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAMES OLLIE KENNON JR., <br><br> Plaintiff, <br><br> vs. <br> NANCY A. BERRYHILL,[1] <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:16-CV-01951-AC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 17, 2017 to April 14, 2017. This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because the undersigned was preparing a voluminous document production in response to an Equal Employment Opportunity Commission (EEOC) discovery matter, without paralegal

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

assistance, and preparing substantive pleadings in an EEOC case. The undersigned apologizes to the Court for any inconvenience cause by this delay.

                                      Respectfully submitted,

Dated: March 17, 2017        \*s/*Jonathan O. Pena*
(\*as authorized via email on 3/17/17)
JONATHAN O. PENA, ESQ.
Attorney for Plaintiff

Dated: March 17, 2017        PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

                        By:    /s/ *Cynthia B. De Nardi*
CYNTHIA B. DE NARDI
Special Assistant U.S. Attorney

Attorneys for Defendant

**APPROVED AND SO ORDERED:**

DATED: March 20, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE