MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
Assistant Regional Counsel
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
Tel: (415) 977-8961
Fax: (415) 744-0134
E-mail: Cynthia.denardi@ssa.gov
Attorneys for Defendant


Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
5740 N. Palm Avenue, Suite 103
Fresno, CA 93704
Telephone: 559-412-5390
Facsimile:866-282-6709
info@jonathanpena.com
Attorney for Plaintiff, James Ollie Kennon, Jr.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JAMES OLLIE KENNON, JR., | Case No.  2:16-cv-01951-AC |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of SEVEN THOUSAND, FIVE HUNDRED DOLLARS and 00/100 ($7,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SEVEN THOUSAND, FIVE HUNDRED DOLLARS and 00/100 ($7,500.00) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Jonathan O. Peña, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: March 19, 2018        /s/ Jonathan O. Peña
                                     JONATHAN O. PEÑA
                                     Attorney for Plaintiff

Dated: March 19, 2018        MCGREGOR W. SCOTT
                                     United States Attorney
                                     DEBORAH LEE STACHEL
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                           By:     */s/ Cynthia De Nardi*\*
                                     CYNTHIA B. DE NARDI
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant
                                     (\*Permission to use electronic signature
                                     obtained via email on 3/19/18).

SO ORDERED:

DATE: March 19, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-3-